UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-5202-DMG (MRWx) | | Date | July 14, 2023 |
|---|---|---|---|---|

| Title | *Lupe Gil v. Walmart Stores, Inc.* | | Page | 1 of 1 |
|---|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DENYING PLAINTIFF'S MOTION TO REMAND FOR FAILURE TO COMPLY WITH LOCAL RULE 7-3 [11]**

On July 13, 2023, Plaintiff Lupe Gil moved to remand ("MTR") this action to Ventura County Superior Court. [Doc. # 11.] The notice of motion does not indicate that Gil complied with Local Rule 7-3 before filing. MTR at 2.

Under Local Rule 7-3, "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. . . . at least seven (7) days prior to the filing of the motion." C.D. Cal. L.R. 7-3. When such conference does not result in a resolution that eliminates the need for a motion or hearing, "counsel for the moving party shall include in the notice of motion a statement to the following effect: 'This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date).'" *Id.* Additionally, this Court's Initial Standing Order [Doc. # 8] reiterates the need to comply with Local Rule 7-3. *See* Initial Standing Order at ¶ 4.b ("Counsel must comply with Local Rule 7-3.").

Due to Gil's failure to comply with Local Rule 7-3, the Court **DENIES** without prejudice the MTR. The August 11, 2023 hearing is **VACATED**.

**IT IS SO ORDERED.**